UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL W. TWEEDY,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No.   2:23-cv-01239-JDP (HC)<br><br>ORDER |

Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254.  After reviewing the petition, I find that it fails to state a cognizable habeas claim.  I will give him leave to amend.  I will also grant his petition to proceed *in forma pauperis*.  ECF No. 2.  Petitioner has recently filed a request for ruling, ECF No. 7, which I will deny as moot.

The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response unless it "plainly appears" that the petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

Petitioner argues that the state courts violated his rights by rejecting his petition for resentencing relief under California Senate Bill 81.  ECF No. 1 at 4.  This claim, based entirely on

state law, cannot justify federal habeas relief. *Estelle v. McGuire*, 502 U.S. 62, 67 (1991) ("[F]ederal habeas corpus relief does not lie for errors of state law.") (quoting *Lewis v. Jeffers*, 497 U.S. 764, 780 (1990)).  Even if this claim were recast as a due process violation it would still fail. *See Langford v. Day*, 110 F.3d 1380, 1381 (9th Cir. 1996).

Petitioner may file an amended petition that explains why he should still be allowed to proceed.

It is ORDERED that:

1. Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.
2. Petitioner's request for ruling, ECF No. 7, is denied as moot.
3. The Clerk of Court is directed to send petitioner a federal § 2254 habeas form.
4. Within thirty days of this order's entry, petitioner may file an amended habeas petition. If he does not, I will recommend this action be dismissed.

IT IS SO ORDERED.

Dated: September 28, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2