1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SAMUEL W. TWEEDY,                      Case No.  2:23-cv-01239-JDP (HC)

12              Petitioner,                 **ORDER**

13        v.                                DIRECTING THE CLERK OF COURT TO
                                            RANDOMLY ASSIGN A DISTRICT JUDGE
14   STATE OF CALIFORNIA,                   TO THIS MATTER

15              Respondent.                 **FINDINGS AND RECOMMENDATIONS**

16                                          THAT THE PETITION BE DISMISSED
                                            WITHOUT PREJUDICE FOR FAILURE TO
17                                          PROSECUTE AND FAILURE TO COMPLY
                                            WITH COURT ORDERS
18
                                            OBJECTIONS DUE WITHIN FOURTEEN
19                                          DAYS

20

21        On September 28, 2023, I screened petitioner's petition for writ of habeas corpus and

22   notified him that it failed to state a viable claim.  ECF No. 8.  I granted him thirty days to file an

23   amended petition.  *Id.*  When petitioner did not timely file an amended petition, on December 1,

24   2023, I ordered him to show cause within twenty-one days why this action should not be

25   dismissed for his failure to prosecute.  ECF No. 9.  I notified him that if he wished to continue

26   with this action he must, within twenty-one days, file an amended petition.  *Id*.  I also warned him

27   that failure to comply with that order would result in a recommendation that this action be

28   dismissed.  *Id*.

                                            1

1    The deadline has passed, and petitioner has neither filed an amended petition nor

2    otherwise responded to the December 1, 2023 order.

3    Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a

4    United States District Judge to this case.

5    Further, it is hereby RECOMMENDED that:

6    1.  This action be dismissed without prejudice for failure to prosecute and failure to

7    comply with court orders, for the reasons set forth in the court's December 1, 2023 order.

8    2.  The Clerk of Court be directed to close the case.

9    These findings and recommendations are submitted to the United States District Judge

10   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of

11   service of these findings and recommendations, any party may file written objections with the

12   court and serve a copy on all parties.  Such document should be captioned "Objections to

13   Magistrate Judge's Findings and Recommendations."  Any response shall be served and filed

14   within fourteen days of service of the objections.  The parties are advised that failure to file

15   objections within the specified time may waive the right to appeal the District Court's order.

16   *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.

17   1991).

18

19   IT IS SO ORDERED.

20   Dated:    January 16, 2024                          _____

21                                                      JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

2